# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1058
_____

SARASOTA COUNTY FLORIDA,
CALLE MIRAMAR, LLC, SKH 1,
LLC, 1260, INC., STICKNEY
STORAGE, LLC, and SIESTA KEY
PARKING, LLC,

     Appellants,

     v.

LOURDES RAMIREZ and
DEPARTMENT OF COMMERCE,

     Appellees.

_____

On appeal from the Division of Administrative Hearings.
Suzanne Van Wyk, Administrative Law Judge.


December 12, 2023

PER CURIAM.

    DISMISSED.

LEWIS, ROBERTS, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Joshua B. Moye, County Attorney, and David M. Pearce, Assistant County Attorney, Office of the County Attorney, Sarasota, for Appellant Sarasota County Florida; Scott A. McLaren and Shane T. Costello of Hill, Ward & Henderson, P.A., Tampa, for Appellants Calle Miramar, LLC, SKH 1, LLC, 1260, Inc., Stickney Storage, LLC, and Siesta Key Parking, LLC.

Richard Grosso of Richard Grosso, P.A., Plantation, for Appellee Lourdes Ramirez.